SCJ/RAZ:BDF/ABS
F.#2014R01631

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JANE DOE,

        Defendant.

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 30 2015 ★

BROOKLYN OFFICE

ORDER

Cr. No. 14-616 (RRM)

## ORDER

Upon the uncontested application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, and WILLIAM J. STELLMACH, Acting Chief for the Fraud Section, Criminal Division, United States Department of Justice, by Trial Attorneys Bryan D. Fields and A. Brendan Stewart, filed on January 21, 2015, for an order accepting the defendant JANE DOE's plea of guilty to the above-captioned Information, the Court, having reviewed the transcript of the defendant's plea of guilty, entered before the Honorable Marilyn D. Go, United States Magistrate Judge, on December 10 2014, finds as follows:

    1.    Defendant JANE DOE's guilty plea was entered into knowingly and voluntarily;

    2.    Defendant JANE DOE's guilty plea was entered into with a full understanding of her rights and of the consequences of her guilty plea;

1

3.	There is a factual basis for defendant JANE DOE's guilty plea.

IT IS THEREFORE ORDERED that the defendant JANE DOE's guilty plea is accepted.

SO ORDERED:

Dated: Brooklyn, New York
       January 28, 2015

                                    s/Roslynn R. Mauskopf
                                    HON. ROSLYNN R. MAUSKOPF
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK

2